**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6198**

RODWYN ANTONIO TAYLOR,

Plaintiff - Appellant,

v.

JAMES W. RAMSEY; KODY HUGHES,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Frank D. Whitney, Senior District Judge.  (1:23-cv-00098-FDW)

Submitted:  October 16, 2025                    Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodwyn Antonio Taylor, Appellant Pro Se.  Emmett James Whelan, WOMBLE BOND DICKINSON LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodwyn Antonio Taylor appeals the district court's order granting summary judgment in favor of Defendants on his 42 U.S.C. § 1983 excessive force claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Taylor v. Ramsey*, No. 1:23-cv-00098-FDW (W.D.N.C. Feb. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*